UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY KEMP ) | Case Number 1:10-CV-02054 |
| Plaintiff ) | |
| vs. ) | |
| FIRST REVENUE ASSURANCE, LLC ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Tiffany Kemp, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice. Each party shall bear its own attorney's fees and costs.

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060